CECELIA HOWLEY, Respondent, v. LOUIS SCHINDLER, Appellant, Impleaded with Another, Defendant.— Order denying motion of defendant-appellant for a further bill of particulars unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

WILLIAM P. FLECKENSTEIN, Respondent, v. BENNY FRIEDMAN and P. F. COLLIER & SON COMPANY, Appellants.— Order granting plaintiff's motion to vacate notice of examination of plaintiff before trial unanimously modified by providing that plaintiff appear for examination at least fifteen days before the trial and that the examination be completed five days before the trial, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Present — Martin, P. J., Merrell, McAvoy and O'Malley, JJ.

WILLIAM ROSENTHAL and MORRIS BECKERMAN, Copartners, etc., Respondents, v. A. HOLLANDER & SON, INC., Appellant.— Order granting plaintiffs' motion to strike defendant's counterclaim from the ready calendar for September 30, 1935, and remanding same to its original position on the general calendar, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ANDREW A. FRASER, Respondent, v. DAVID BROWN, Appellant.— Order, in so far as it denies defendant's motion to vacate a notice of examination of defendant before trial, and grants said examination as to items 1, 4, 5, 6, 7 and 9, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EDWARD E. BABCOCK, Appellant, v. MARTHA S. REYNOLDS, Defendant. JOSEPH ROWNIN, Respondent.— Order, so far as appealed from, directing that Joseph Rownin be awarded forty per cent of the final judgment recovered in the action, as reasonable compensation for legal services rendered, unanimously modified by remitting the matter to Special Term, Part I, to fix the amount of the attorney's lien upon the basis of the reasonable value of the services performed instead of a percentage of the recovery, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. (See Matter of Tillman, 259 N. Y. 133.) Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MANUFACTURERS MUTUAL FIRE INSURANCE COMPANY OF RHODE ISLAND and Others, Suing as Stockholders of ASSOCIATED GAS & ELECTRIC COMPANY, etc., Respondents, v. JOHN I. MANGE and Others, Defendants, Impleaded with HOWARD C. HOPSON, Appellant.— Order, so far as appealed from, directing defendant Howard C. Hopson to appear before a referee to be examined before trial as an adverse party and to produce records and papers, and as appoints a referee, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.